IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

GLEN WILLIAMS,

     Appellant,

v.

STATE OF FLORIDA,

     Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-2642

Opinion filed September 5, 2014.

An appeal from the Circuit Court for Columbia County.
Leandra G. Johnson, Judge.

Glen Williams, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, Appellee.

PER CURIAM.

     AFFIRMED.

ROBERTS, MARSTILLER, and SWANSON, JJ., CONCUR.